HUGO PANZER, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with

costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.